IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER HARRISON, | No. C -12-02173 EDL |
|     Plaintiff, | **ORDER REGARDING PLAINTIFF'S FILINGS** |
|   v. | |
| JOHN MARTIN, | |
|     Defendant. | |

    Plaintiff filed this action on May 1, 2012. Upon the filing of the complaint, the Court issued a scheduling order for cases asserting denial of the right of access under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12131-89. On May 11, 2012, Plaintiff filed an amendment to his complaint to correct Defendant's name. This document was docketed as an amended complaint. On June 5, 2012, Plaintiff filed another document stating that this case does not arise under the Americans with Disabilities Act, but instead arises under 18 U.S.C. § 242, which is pled in his original complaint. This document was docketed as an amendment to the complaint.

    Pursuant to the Local Rules, however, Plaintiff's filings on May 11, 2012 and June 5, 2012 did not constitute an amended complaint. See Civil L.R. 10-1 ("Any party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference."). If Plaintiff seeks to amend his complaint to correct Defendant's name or the federal statute that he asserts as the basis for his complaint, he should file an amended complaint in full that includes those changes.

    If Plaintiff wishes to file an amended complaint, he may do so no later than June 29, 2012. Upon receipt of an amended complaint, the Court will issue another scheduling order for non-ADA cases. The scheduling order that was issued on May 1, 2012 is vacated.

1  If he has not done so already, Plaintiff may wish to seek assistance from the Legal Help
2 Center, a free service of the Volunteer Legal Services Program, by calling 415.782.9000 x8657 or
3 signing up for an appointment on the 15th Floor of the Courthouse, Room 2796.  At the Legal Help
4 Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not
5 legal representation.  The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, if he
6 has not done so already, which is available free of charge from the Court's website
7 (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San
8 Francisco, CA.

**IT IS SO ORDERED.**

Dated: June 13, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge